**Kimberly Laray GRICE, Plaintiff–Appellant,**

v.

**JACKSON–MADISON COUNTY GENERAL HOSPITAL, a/k/a West Tennessee Healthcare, Defendant–Appellee.**

No. 13–6568.

United States Court of Appeals, Sixth Circuit.

June 27, 2014.

Before: SUTTON and GRIFFIN, Circuit Judges; and SARGUS, District Judge.*

PER CURIAM.

Kimberly Grice appeals the district court's order granting defendant's motion for summary judgment. We review the district court's determination de novo. *See Keith v. Cnty. of Oakland*, 703 F.3d 918, 923 (6th Cir.2013).

After carefully reviewing the record, the parties' briefs, and the applicable law, we find no error in the district court's judgment. The reasoning that supports the judgment was clearly and persuasively articulated by the district court, and our issuance of a detailed written opinion would be unduly duplicative and serve no jurisprudential purpose. We therefore af-

---

* The Honorable Edmund A. Sargus, Jr., United States District Judge for the Southern District of Ohio, sitting by designation.

firm the district court's judgment for the reasons stated in that court's opinion. *See Grice v. Jackson–Madison Cnty. Gen. Hosp. Dist.*, 981 F.Supp.2d 719 (W.D.Tenn. 2013).

The judgment of the district court is affirmed.